| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gex III, Walter J. | 2. Court or Organization<br><br>USDC/MSSD | 3. Date of Report<br><br>5/7/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>2012 15th St.<br>Suite 572<br>Gulfport, MS 39501 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/7/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | United States Courts/Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/7/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 7, Jackson Co., MS 9.1435% of 1/5 interest | | None | K | W | | | | | |
| 2. Parecl 8, Jackson Co., MS 9.1435% of 1/5 interest | | None | K | W | | | | | |
| 3. Paracel 4, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 4. Parcel 5, Hancock Co., MS 33.33 % interest | | None | K | W | | | | | |
| 5. Parcel 6, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 6. Parcel 7, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 7. Parcel 8, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 8. Parcel 9, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 9. Parcel 10, Hancock Co., MS 33.33 % interest | | None | K | W | | | | | |
| 10. Parcel 12, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 11. Parcel 13, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 12. Parcel 14, Hancock Co., MS 33.33% interest | A | Rent | K | W | | 12/28/11 | | | Gift ▓▓▓▓▓. |
| 13. Parcel 15, Hancock Co., MS 33.33% interest | | None | O | W | | | | | |
| 14. Parcel 16, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 15. Parcel 17, Hancock Co., MS 25% interest | | None | K | W | | | | | |
| 16. Parcel 18, Hancock Co.,, MS 25% interest | | None | K | W | | | | | |
| 17. Adams Co., MS .29250% mineral interest | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Parcel 1, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 19. Parcel 2, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 20. Parcel 3, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 21. Parcel 4, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 22. Parcel 1, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 23. Parcel 2, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 24. Parcel 3, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 25. Parcel 4, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 26. Parcel 5, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 27. Parcel 6, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 28. Parcel 7, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 29. Parcel 1, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 30. Parcel 2, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 31. Parcel 3, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 32. Parcel 4, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 33. Parcel 1, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 34. Parcel 2, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Parcel 3, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 36. Parcel 4, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 37. Parcel 5, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 38. Parcel 6, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 39. Parcel 7, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 40. Parcel 8, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 41. Parcel 9, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 42. Parcel 10, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 43. Parcel 1, Harrison Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 44. Parcel 2, Harrison Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 45. Parcel 1, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 46. Parcel 2, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 47. Parcel 3, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 48. Parcel 4, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 49. Parcel 5, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 50. Parcel 6, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 51. Parcel 7, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Parcel 8, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 53. Parcel 9, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 54. Parcel 10, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 55. Parcel 11, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 56. Parcel 12, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 57. Parcel 13, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 58. Parcel 14, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 59. Parcel 15, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 60. Parcel 16, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 61. Parcel 1, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 62. Parcel 2, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 63. Parcel 3, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 64. Parcel 4, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 65. Marion Co., MS 9.1435% mineral interest | A | Royalty | J | W | | | | | |
| 66. Parcel 1, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 67. Parcel 2, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 68. Parcel 3, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Parcel 1, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 70. Parcel 2, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 71. Parcel 3, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 72. Parcel 4, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 73. Parcel 5, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 74. Parcel 1, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 75. Parcel 2, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 76. Parcel 3, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 77. Parcel 4, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 78. Parcel 5, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 79. Parcel 6, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 80. Parcel 7, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 81. Longleaf Partners Fund (IRA) | D | Distribution | K | T | | | | | |
| 82. Longleaf Partners Fund (IRA) | C | Distribution | K | T | | | | | |
| 83. Superconductor Technologies (IRA) | | None | J | T | | | | | |
| 84. Shady Acres Partnership | | None | J | W | | | | | |
| 85. Gulf Coast Partners, LTD | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Paul Milam Development, Inc. | | None | J | W | | | | | |
| 87. Rex Land, Inc. | | None | K | W | | | | | |
| 88. Tri-County Hunting & Fishing Club | | None | M | W | | 12/28/11 | | | Gift |
| 89. Adam | | None | J | T | | | | | |
| 90. Hancock Bank Holding Co. | A | Dividend | K | T | | | | | |
| 91. GBC Lands, LLC (Hancock Co. MS) | D | Rent | M | W | | 12/28/11 | | | Gift |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/7/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Items listed on Line 12, my interest in real property in Hancock County, Mississippi; Line 88, a share of stock in Tri-County Hunting and Fishing Club; and Line 91, my interest in GBC Lands, LLC, are no longer in my possession, having been given       at the end of December 2011. These will not appear on my 2012 report.

Item 86, Paul Milam Development, Inc., was a defunct corporation with no assets. The dissolution process was completed mid-2011. This will not appear on my 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Walter J. Gex III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544